# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1377

_____

United States of America

*Plaintiff - Appellee*

v.

Trevor Scott Ray

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Rapid City

_____

Submitted:  December 23, 2019
Filed: December 30, 2019
[Unpublished]

_____

Before STRAS, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Trevor Ray appeals the district court[1] order denying his motion for a new trial
and denying his requests for copies of documents.  Our review of the record satisfies

_____

[1]The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for
the District of South Dakota.

us that the district court did not abuse its discretion in denying the motion for a new trial.  <u>See</u> <u>United States v. Grover</u>, 511 F.3d 779, 783 (8th Cir. 2007) (denial of motion for new trial based on newly discovered evidence is reviewed for abuse of discretion).  We also find no basis for reversal of the district court's ruling on Ray's requests for documents.  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____